John Zachotina et al., Appellants, v. Town of Cicero et al., Defendants, Maynard R. Fauble et al., Appellees.

Gen. No. 41,089.

Heard in second division, first district, this court at February term, 1940; opinion filed November 28, 1941; rehearing denied December 10, 1941. Edward H. S. Martin, for appellants; Joseph I. Bulger and Charles E. Loy, for appellees; Markman, Donovan & Sullivan and Henry O. Nickel, of counsel. Opinion by PRESIDING JUSTICE SCANLAN. ''Not to be published in full.''